

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00589-CV

**IN THE INTEREST OF A.K.,** a child,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2538-CV
The Honorable William Old, Judge Presiding

## O R D E R

    This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on November 2, 2015. On October 28, 2015, appellant filed a motion requesting an extension of time to file the brief.

    The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. Tex. R. Jud. Admin. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

    The motion is GRANTED, and we order appellant to file his brief by November 23, 2015. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court